Joshua H. Eggnatz (Fla. Bar No. 0067926)
Michael J. Pascucci (Fla. Bar No. 0083397)
EGGNATZ, LOPATIN & PASCUCCI, LLP
5400 S. University Drive, Suite 417
Davie, FL 33328
Tel: (954) 889-3359
Fax: (954) 889-5913
Jeggnatz@ELPLawyers.com
Mpascucci@ELPLawyers.com

Attorneys for Plaintiffs Michelle Bandell,
David Eiglarsh, Charlene Panos, Jeanette Rawls,
Jennifer Walker and Alex Zennaro and
the CANCELLED MEMBER CLASS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA ZIZIAN, Individually and on behalf of all other similarly situated California Residents,<br><br>                                Plaintiff,<br><br>v.<br><br>MASSAGE ENVY FRANCHISING, LLC, a Delaware limited liability company,<br><br>                                Defendant.<br><br>MICHELE BANDELL, DAVID EIGLARSH, CHARLENE PANOS, JEANETTE RAWLS, JENNIFER WALKER, and ALEX ZENNARO, individually and on behalf of all others similarly situated,<br><br>                                Plaintiffs,<br><br>v.<br><br>MASSAGE ENVY FRANCHISING, LLC, a Delaware Limited Liability Company,<br><br>                                Defendant. | Case No. 16-cv-00783-DMS-BGS<br>Case No. 16-cv-01236-DMS-BGS<br><br>**CANCELLED MEMBER CLASS REPRESENTATIVES' NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**<br><br>Date:    January 13, 2017<br>Time:   1:30 p.m.<br>Crtrm:  13A<br>Judge:  Hon. Dana M. Sabraw |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 13, 2017, at 1:30 p.m., in Courtroom 13A of the above-titled Court located at 333 West Broadway, San Diego, California, the Honorable Dana M. Sabraw presiding, Plaintiffs Michele Bandell ("Bandell"), David Eiglarsh ("Eiglarsh"), Charlene Panos ("Panos"), Jeannette Rawls ("Rawls"), Jennifer Walker ("Walker"), and Alex Zennaro ("Zennaro") (collectively, "Bandell Plaintiffs") in the matter entitled *Michelle Bandell, David Eiglarsh, Charlene Panos, Jeanette Rawls, Jennifer Walker and Alex Zennaro, individually and on behalf of all others similarly situated v. Massage Envy Franchising, LLC, a Delaware Limited Liability Company*, Case No. 3:16-cv-01236-DMS-BGS, which has been consolidated solely for purposes of settlement with Plaintiff Donna Zizian ("Zizian") in the matter entitled *Donna Zizian, Individually and on behalf of all other similarly situated California Residents v. Massage Envy Franchising, LLC*, Case No. 3:16-cv-00783-DMS-BGS, will and hereby do move the Court, pursuant to Federal Rule of Civil Procedure 23, for an Order:

a) Awarding Cancelled Member Class Counsel combined attorney fees and litigation expenses of $405,000.00, and

b) Approving service awards of $1,000.00 for each of the Bandell Plaintiffs.

This motion is based the parties Stipulation of Settlement filed June 6, 2016, and exhibits attached thereto ("Settlement Agreement"); this Notice of Motion and Motion; Class Representatives' Memorandum in Support of Motion for an Award of Attorneys' Fees, Expenses and Service Awards; and Declaration of Joshua H. Eggnatz in Support thereof; and upon such other matters as may be presented at the hearing.

This motion is made on the grounds that: (1) pursuant to the Settlement

Agreement, defendant Massage Envy Franchising, LLC, has agreed not to object to a request by Cancelled Member Class Counsel for an attorneys' fees and litigation expense award that does not exceed $405,000.00, separate and apart from the relief provided to the Cancelled Member Settlement Class, and such award will not reduce or otherwise affect the settlement relief; (2) the Settlement obtained by Cancelled Member Class Counsel confers substantial and valuable benefits to the Cancelled Member Settlement Class Members such that their fee request is reasonable and fair under the percentage of recovery analyses approved by the Ninth Circuit; (3) Cancelled Member Class Counsel's fee request is fair and reasonable under the lodestar analysis approved by the Ninth Circuit; (4) Cancelled Member Class Counsel's expenses are their actual expenses, which were reasonable and necessary, and (5) a service award of $1,000 for each of the Cancelled Member Class Representatives is reasonable and fair for their time and effort as Class Representatives in this action.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | Dated: October 4, 2016    By:  *s/ Joshua H. Eggnatz* |

JOSHUA H. EGGNATZ

MICHAEL J. PASCUCCI
BENJAMIN M. LOPATIN
5400 S. University Drive, Suite 417
Davie, FL 33328
Tel: (954) 889-3359
Fax: (954) 889-5913
Jeggnatz@ELPLawyers.com
Mpascucci@ELPLawyers.com

Benjamin M. Lopatin, Esq.
California State Bar Number: 281730
**EGGNATZ, LOPATIN & PASCUCCI, LLP**
2201 Market Street
San Francisco, California 94114
Telephone: (415) 324-8620
Facsimile: (415) 520-2262
BLopatin@ELPLawyers.com

Attorneys for Plaintiffs Michele Bandell, David Eiglarsh, Charlene Panos, Jeannette Rawls, Jennifer Walker, Alex Zennaro, and the proposed CANCELLED MEMBER CLASS

*Filer's Attestation:* Pursuant to Section 2.f.4 of the ECF Administrative Policies and Procedures Manual for the Southern District of California, Brett M. Weaver hereby attests that concurrence in the filing of this document has been *obtain*

# PROOF OF SERVICE

I am employed in the County of Broward, Florida. I am over the age of eighteen years and am not a party to the within entitled action. My business address is 5400 S. University Drive, Suite 417, Davie, Florida 33328.

On October 4, 2016, I served a copy of the following document:

1) **CANCELLED MEMBER CLASS REPRESENTATIVES' NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS;**
2) **CANCELLED MEMBER CLASS REPRESENTATIVES' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARD; and**
3) **DECLARATION OF JOSHUA H. EGGNATZ IN SUPPORT OF CANCELLED MEMBER CLASS REPRESENTATIVES' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS.**

☒ **[BY ELECTRONIC ACCESS]** I hereby certify that the foregoing documents were filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties on the electronic service list maintained for this case.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on October 4, 2016, at Davie, Florida.

| | |
|---|---|
| Dated: October 4, 2016 | By: *s/ Joshua H. Eggnatz* |
| | JOSHUA H. EGGNATZ |
| | MICHAEL J. PASCUCCI |
| | BENJAMIN M. LOPATIN |
| | 5400 S. University Drive, Suite 417 |
| | Davie, FL 33328 |
| | Tel: (954) 889-3359 |
| | Fax: (954) 889-5913 |
| | Jeggnatz@ELPLawyers.com |
| | Mpascucci@ELPLawyers.com |
| | |
| | Benjamin M. Lopatin, Esq. |
| | California State Bar Number: 281730 |
| | **EGGNATZ, LOPATIN & PASCUCCI, LLP** |
| | 2201 Market Street |
| | San Francisco, California 94114 |
| | Telephone: (415) 324-8620 |
| | Facsimile: (415) 520-2262 |
| | BLopatin@ELPLawyers.com |
| | |
| | Attorneys for Plaintiffs Michele Bandell, David Eiglarsh, Charlene Panos, Jeannette Rawls, Jennifer Walker, Alex Zennaro, and the proposed CANCELLED MEMBER CLASS |